544 U.S. 1013
 CAMPOS-AIZPURO
v.
UNITED STATES;
CAMPOS-CRUZ
v.
UNITED STATES;
CHAVEZ-DELGADO
v.
UNITED STATES;
HERNANDEZ-ESCAJEDA
v.
UNITED STATES;
MAGALLANES-RODRIGUEZ
v.
UNITED STATES;
MOYA
v.
UNITED STATES;
VALENZUELA-RIVERA, AKA RIVERA-CALDERA
v.
UNITED STATES; and
VIZCAINO-AMARO, AKA VIZCAINO
v.
UNITED STATES.
 No. 04-9295.
 Supreme Court of United States.
 May 2, 2005.
 
 1
 C. A. 5th Cir. Reported below: 115 Fed. Appx. 271 (third judgment), 279 (fifth judgment), 280 (fourth judgment), 718 (sixth judgment), 727 (first judgment), 742 (eighth judgment), 752 (second judgment), and 758 (seventh judgment);